Opinion by COLEMAN, J.

## Western Union Telegraph Company v. Hunter.

APPEAL from Montgomery Circuit Court.

Tried before the Hon. JOHN G. WINTER, Special Judge,

J. M. Falkner and Ray Rushton, for appellant.

Edwin F. Jones, Hill, Roquemore & Rogers and John H. Parker, *contra.*

This was an action brought by the appellee against the appellant, to recover damages for a failure to promptly deliver a message which was sent over the defendant's line.

On the trial of the cause there was judgment for the plaintiff, assessing her damages at $250. From this judgment the defendant appeals. The judgment is reversed and the cause remanded.

Opinion by Head, J.